IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES A. BONNER,

    Plaintiff,

v.

REDWOOD MORTGAGE CORPORATION,
TED J. FISHER, MICHAEL BURWELL,
and DOES 1- 100,

    Defendants.

No. C 10-00479 WHA

**JUDGMENT**

In a prior order dismissing all claims against defendants in this action, plaintiff was granted permission to file a motion for leave to amend the complaint by April 8, 2010 (Dkt. No. 25). No motion has been filed. As such, for the reasons stated in the order dismissing all claims in this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE