IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. BONNER, | No. C 10-00479 WHA |
|     Plaintiff, | |
| v. | **ORDER REGARDING SPECIAL MASTER FOR ATTORNEY'S FEES DISPUTE** |
| REDWOOD MORTGAGE CORPORATION, TED J. FISHER, MICHAEL BURWELL, and DOES 1- 100, | |
|     Defendants. | |

Plaintiff shall have until **NOON ON WEDNESDAY, AUGUST 4, 2010**, to select between the two special master candidates proposed by defense counsel to resolve the pending attorney's fees dispute: Bradley Bening or Harry Price. If no response is filed, one of these candidates will be appointed as the special master.

**IT IS SO ORDERED.**

Dated: August 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE