IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES A. BONNER,

    Plaintiff,

v.

REDWOOD MORTGAGE CORPORATION,
TED J. FISHER, MICHAEL BURWELL,
and DOES 1- 100,

    Defendants.
_____/

No. C 10-00479 WHA

**ORDER APPOINTING
SPECIAL MASTER
RE ATTORNEY'S FEES**

    Counsel have filed and served a declaration pursuant to the order dated June 18, 2010 (Dkt. No. 41). No agreement has been reached, so a special master shall be appointed whose fees shall be apportioned as per the order dated June 18. Of the two special master candidates proposed by counsel to resolve the pending attorney's fees dispute, the Court appoints Bradley Bening, Esq. (408-289-1972) as the special master and he and counsel shall submit a form of reference by **NOON ON AUGUST 12**. The special master shall complete his determination by **SEPTEMBER 16**.

    **IT IS SO ORDERED.**

Dated: August 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE